IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL AVERY, on behalf of himself**     **PLAINTIFF**
**and all others similarly situated**

v.       **CASE NO. 4:19-CV-00927-BSM**

**UNITI GROUP INC.,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE